United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5
6
7    In re JOHN NORMAN NEY,                    No. C 07-0637 PJH (PR)
8                    Petitioner.              **ORDER OF DISMISSAL**
                                        /
9
10       This case was opened when petitioner wrote to the clerk saying that he wished to
11   "continue [his] appeal" of his state criminal conviction "on the federal level."  In an effort to
12   protect petitioner's rights the letter was treated as commencing a new habeas case.  A
13   notice was sent to petitioner telling him that he had not paid the filing fee or applied for
14   leave to proceed in forma pauperis.  He completed the in forma pauperis form and returned
15   it, which suggested that he did intend to start a case.  The court therefore ordered him to
16   file a petition on the court's form, or including the information asked for on the form, within
17   thirty days.
18       No petition carrying the case number for this case has been received, but petitioner
19   did file a form habeas petition without a case number.  It was treated as a new petition and
20   given case number C 07-2835 PJH (PR).  Because it was directed to a conviction obtained
21   in Tulare County, which is in the Eastern District, it was transferred to that district.  In any
22   event, petitioner has not filed a petition in this case, so it is **DISMISSED** without prejudice.
23   The clerk shall close the file.
24       **IT IS SO ORDERED.**
25   Dated: 7/24/07                          _____
                                               PHYLLIS J. HAMILTON
26                                             United States District Judge
27
28   G:\PRO-SE\PJH\HC.07\NEY7637.DSM.wpd